Slip Op. 01 - 129

J U D G M E N T

UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Judge

- - - - - - - - - - - - - - - - - - - - -x

FORMER EMPLOYEES OF CREATEC CORP.,   :

                  Plaintiffs,  :

                v.              :  Court No. 01-00619

                           :

UNITED STATES DEPARTMENT OF LABOR,

                           :

                 Defendant.  :

- - - - - - - - - - - - - - - - - - - - -x

The U.S. Department of Labor, Employment and Training Administration, Division of Trade Adjustment Assistance having on March 30, 2001 issued a <u>Negative Determination Regarding Eligibility To Apply for NAFTA - Transitional Adjustment Assistance</u> with regard to certain employees of Createc Corporation, Harrodsburg, Kentucky, NAFTA-TAA 4599; and notice of that determination having been published <u>sub</u> <u>nom</u>. Dep't of Labor, Employment and Training Admin., <u>Notice of Determinations Regarding Eligibility To Apply for Worker Adjustment Assistance and NAFTA Transitional Adjustment Assistance</u>, 66 Fed.Reg. 22,005, 22,007 col. 2 (May 2, 2001); and one such employee having corresponded with this Court about that determination; and the Clerk having received on July 30, 2001 a letter from that individual, which it deemed as fulfilling in principle the requirements for commencement of the above-numbered

action; and the defendant having filed on September 27, 2001 a motion to dismiss this action on the ground of lack of subject-matter jurisdiction in that it was not commenced within the sixty days after notice of such determination prescribed in 19 U.S.C. §2395(a) and 28 U.S.C. §2636(d); and the plaintiffs having failed to respond to this motion; and it not otherwise clearly appearing that earlier correspondence on the record could be deemed timely commencement of this action;  Now therefore, after due deliberation, it is

ORDERED that defendant's motion to dismiss this action be, and it hereby is, granted; and it is further

ORDERED, ADJUDGED and DECREED that this action be, and it hereby is, dismissed.

Dated: New York, New York
       November 6, 2001

_____
                            Judge